# United States Court of Appeals
## For the First Circuit

No. 08-1521

CENTENNIAL INSURANCE COMPANY,

Plaintiff, Appellant,

v.

ROBERT PATTERSON,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on April 23, 2009, is amended as follows:

On p. 6, lines 12-15:  Replace sentence beginning with "At that point in time . . ." with the following:

"At that point in time, Dr. Patterson had already incurred costs defending himself in the underlying Murphy action, and in connection with establishing Centennial's duty to defend in the instant suit."